



**FILED**

1/19/2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

DEC 19 2016    EAA

12-19-16

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ardamis Darrell Sims

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Judge Virginia M Kendall

vs.

Case No: 16 C 10768
(To be supplied by the Clerk of this Court)

United State Marshal Edward Gilmore

United State Marshal deputy director

David Harlow, Thompson, J,

"Sledge, E," Cundiff, M," Gonzalez N"

"Grimaldo, D" Zitsch, P," Keller JT #21002

Coleman LR #1233, Tracy, JL #16173

Munizzi, AF #15447
IGNOWSKI, JS #20052
Hoffman, John #20077
Vargas, T #10331
Murphy BC #10545

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

✓    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Ardamis Sims

B. List all aliases: _____

C. Prisoner identification number: 20141221052

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Edward Gilmore

Title: United STATE MARSHAL / Head Marshal

Place of Employment: United State Marshal of the Northern District

B. Defendant: David Harlow

Title: Deputy Director

Place of Employment: United State Marshal of the Northern District

C. Defendant: Thompson J

Title: United State Marshal

Place of Employment: Great Lakes Regional Fugitive Task Force.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: Sledge E
   Title: United State Marshal
   Place of Emplyment: Great Lakes Regional Fugitive Task Force

E. Defendant: Cundiff M
   Title: United State Marshal
   Place of Emplyment: Great Lakes Regional Fugitive Task Force

F. Defendant: Gonzalez N
   Title: United States Marshal
   Place of Emplyment: Great Lakes Regional Fugitive Task Force

G. Defendant: Grimaldo D
   Title: United States Marshal
   Place of Emplyment: Great Lakes Regional Fugitive Task Force

H. Defendant: Zitsch P
   Title: United States Marshal
   Place of Emplyment: Great Lakes Regional Fugitive Task Force

I. Defendant: Coleman LR #1233
   Title: Sergeant
   Place of Emplyment: Chicago Police Department

J. Defendant: Keller JL #16173
   Title: Detective
   Place of Emplyment: Chicago Police Department

K. Defendant:
Tracy, JL #16173
Title: Detective
Place of Employment: Chicago Police Department

L. Defendant: Hoffman John #20077
Title: Detective
Place of Employment: Chicago Police Department

M. Defendant: IGNOWSKI JS #20052
Title: Detective
Place of Employment: Chicago Police Department

N. Defendant: Vargas T #10331
Title: Detective
Place of Employment: Chicago Police Department

O. Defendant: Murphy BC #10545
Title: Detective
Place of Employment: Chicago Police Department

P. Defendant: Munizzi, AF #15447
Title: Detective
Place of Employment: Chicago Police Department

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Ardamis Darrell Sims v. County of Cook Former Superintendent, et al 1:16-CV-10816

B. Approximate date of filing lawsuit: November 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
N/A

D. List all defendants: Plaintiff can't recall all the names, Plaintiff has lost property inside the Jail as well as plaintiff is indigent and could not afford Copies of Complaint

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: Judge Milton I. Shadur Magistrate Judge Maria Valdez PC8

G. Basic claim made: Fourth Amendment Violation / Unlawful Search And Seizure

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Ardania Darrell Sims v. Owner John Doe, et al

B. Approximate date of filing lawsuit: November 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
N/A

D. List all defendants: Plaintiff can't recall all the names, Plaintiff has lost property inside the Jail as well as plaintiff is indigent and Could not afford Copies of Complaint

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: Judge Sara L. Ellis Magistrate Judge Young B. Kim #PCS

G. Basic claim made: Fourth Amendment Violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Ardamis Darrell Sims v. County of Cook et.al
~~1:16-cv-10768~~   1:16-cv-10767

B. Approximate date of filing lawsuit: ~~November of 2016~~ November 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____ N/A _____

D. List all defendants: Plaintiff can't recall all the names, Plaintiff
has lost property inside the Jail as well as plaintiff is indigent and
could not afford copies of Complaint

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Judge Virginia M. Kendall
Magistrate Judge Susan E. Cox PC7

G. Basic claim made: Injury, Living Conditions et.al

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: Adams Darrell Sims V. Sheriff Officer Dec, et al   1:16-cv-10766

B.    Approximate date of filing lawsuit: November 2016

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

N/A

D.    List all defendants: Plaintiff can't recall all the names, Plaintiff has lost property inside the Jail as well as plaintiff is indigent and could not afford Copies

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):   Northern District

F.    Name of judge to whom case was assigned: Judge Virginia M. Kendall Magistrate Judge Susan E. Cox PC?

G.    Basic claim made: Denying Medical Treatment

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   Still Pending

I.    Approximate date of disposition:   Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

*5 of 6 of this page*

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Adams Darrell Sims vs. Warden Hardy, etal (I believe, 11cv955

B. Approximate date of filing lawsuit: I believe 2008 or 2009 As

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Marcus Hardy of Stateville Warden, Warden of Pinkneyville. I can't remember any more names

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Southern District of East St Louis

F. Name of judge to whom case was assigned: Judge Patrick G. Murphy

G. Basic claim made: Over incarceration

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: August or ~~October~~ October 2012 or 2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

— 6 of 6 of this page

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any State or federal Court in the United States:

A) Name of case and docket number: Ardanis Darrell Sims, vs. Cook County, et al., Case No 1:15-cv-07524

B) Approximate date of filing lawsuit: November 2015

C) List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D) List all defendants: County of Cook, Marici of Cook County Jail, Sgt Cornelius of Cook County Jail, Superintendent, Garry McCarthy of Chicago Police Department, Detective John Doe and Partner John Doe of Chicago Police Department, 63rd St. Louis.

E) Court in which the lawsuit was filed (if federal court, name the district; if state court, name the County): NORTHERN DISTRICT OF Illinois

F) Name of Judge to whom case was assigned: Honorable Ruben Castillo

G) Basic claim made: Excessive Force

H) Disposition of this Case (for example; IS IT STILL Pending? (Yes)

I) Approximate Date of Disposition: Still pending.

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

This was model with the help of "Derrick Williams" a detainee... On December 19 2014, Plaintiff "Ardamis Darrell Sims" was arrested at the Amber INN Motel located at 3901 S. Michigan Chicago ILL at 10:AM Where law officals using the motel keycard burst through Plaintiff motel room brandishing assault rifles and carrying a battering iron. Plaintiff was in the state of undress with a lady occupant. At the time of plaintiff arrest plaintiff wasn't committing any crime, Plaintiff wasn't fleeing, law officals wasn't in hot pursuit And neither did plaintiff know of these officals presents before they unlawfully enter without first knocking and announcing their authority. There was no felony arrest warrant for plaintiff arrest. This was an illegal and or unlawful arrest, Plaintiff was arrested as above stated for an "investigative Alert" Under "299985491 Which ultimately wasn't processed. However, Plaintiff rented a motel room on the 18 Dec 2014 for an overnight stay where it was recorded that plaintiff only left the room the next day at 6:00 Am and returned "45 minutes later with no "incident. Where plaintiff remained with lady occupant whom plaintiff rented the room for an overnight stay. The arrest report: was recorded under "CB 19031338, RD #545213, Event #1435-101792: The "incident narrative, States as follow: This is an arrest by Fugitive Apprehension Unit US Marshal's Great Lakes Regional Fugitive Task Force

Revised 9/2007

[if you need additional space for ANY section, please attach an additional sheet and reference that section.]

The above was arrested under IA# 299985491 after being Positively identified as the individual who robbed the 7-11 located at 180 N. Franklin St. with a handgun on 05 Dec 14 at 0444 hrs. Taken was $20.00 USC. The above offender is believed to be the offender responsible for a Pattern of robberies in the 001st and 8th Districts reported under RD's HX545213, HX543733, HX525751, HX517779, HX107735, HX117443, HX530711, HW572284 and HW588532. Pattern number P14-1-292. The above is not on Gipp, 2 Degrees, Parole or Probation. Area Central Detectives notified SGT COLEMAN# 1233. Scene Processed BT 5832, VERA# 11421... # "Initial Investigation leading to arrest" Under HX545213 RD's Were assigned to Conduct an investigation into an armed robbery with one offender in Custody in the 002nd district arrested under investigative alert with Probable Cause for arrest# 299985491. R/D along with Det. Reilly# 21263, Det. Blum# 20917, Sgt. Coleman# 1233, Det. Ignowski# 20052, Det. Heller# 21002, Det. Calle# 20177 and Sgt Garcia# 2430 realized that this offender was responsible for multiple Armed Robberies Under Area Central Crime Patterns# P-14-1-292 and P14-1-243. RD's investigation revealed that the offender was arrested at the Amber INN located at 3901 South Michigan and that he was in possession of a gray Plymouth Breeze Illinois plate S492214. Det. Heller# 21002 generated a search warrant for above vehicle. A search of the vehicle revealed an alledge gray Jacket that the offender wore in the surveillance video from this 7-ELEVEN. A plastic airsoft gun was also recovered from the vehicle which resembled a Sawed off Shotgun

STATEMENT OF FACTS

Revised 9/2007

[if you need additional space for ANY section, please attach an additional sheet and reference that section.]

This arrest was unlawful in violation of the "Knock and Announce Rule" stemming from an alleged investigative alert. The language states, An INVESTIGATIVE Alert, by "Special Order of S04-16" Introduces the "Criminal History Records Information System" known as (CHRIS) investigative alert application System to be utilized by the "Bureau of Investigative Services" (BIS). Under the "CHRIS" INVESTIGATIVE ALERT APPLICATION System... All request for investigative alerts are entered and approved in CHRIS by Sworn "BIS Personnel The language states in Item II-B Supervisors will approve or reject Investigative alert request in (CHRIS). The language also states "Responsibilities" section III (A) 1 That Bureau of Investigative Services Supervisors will ensure that: 1. a unit investigative alert file is maintained. The investigative alert file will contain Sufficient information relating to the Subject of the alert to allow any member of the investigating unit to handle the investigation if the requesting member is not available. Copies of all reports, documents, etc., Supporting the investigative alert request and a summary of how the Subject was involved in the Crime or incident will also be included in the investigative alert file. The language also states in #3-(C)(3) That the bureau of investigative Services Sworn members will: Ensure that a Supervisor is notified in the event an investigative alert is to be up-dated or canceled (ie, additional information is available, [a warrant has been Served, and the investigative alert is no longer necessary) Complaint/witness is no longer available, etc. The investigative alert under IA# 299985491 that was only a request was Suspended by R/ds whom requests this case to be Suspended Pending further investigative leads or information under Supplementary Report HX530711

Revised 9/2007

As reported by Det Hoffman ~~under~~ John #20077 and printed by Central Detective Division Property Crimes / RBT 001st District Det. Reilly #21263 This arrest to the plaintiff was carried out by both Chicago Police and US Marshal's as stated by assistant States Attorney Natalie House (ILO16SAAVQ) on August 29, 2016 in front of Judge Neera Walsh 1969 Court room #201 inside the Criminal Court building of 26th and California Chgo IL 60608. Ms House stated that C.P.D members also can carry with them the capacity of U.S. Marshal as well as assistant states Attorney "Natalie House, Stated on Aug 29th 2016 that no supervisor approved the investigative alert that these officals falsely reported ~~with U.S Marshals due being search warrant~~ that was in effect. These officals also reported falsely that the vehicle that was searched due to a search warrant was linked to a robbery see (EXHIBIT A) This was obtained due to perjury testimony by "Det Kelly" who may also be a member of BIS and as a U.S Marshal page 3 of 5 bottom paragraph of the search warrant Sworn by Det Keller #21002 Det Keller states as follow: I have obtained the information contained in this affidavit from conversations with Circumstantial witnesses and other law enforcement officers involved in this investigation, from my Personal knowledge, from my Participation in this case, as well as from documents I have reviewed, and my Prior training and experience. The following information contained in this affidavit is stated for the limited purpose of establishing Probable Cause and does not contain all facts and information regarding

**7**

this investigation. On page #4 of 5 Det Keller, committed perjury by testifying to information he new to be false, of all said robberies and bottom paragraph of page #4 of 5 he states on Dec 17 2014, 0515 hrs. Ardanis L Sims entered the 7-11 Convenience store located at 6559 W. Archer Ave, Chgo Il. displayed a handgun and demanded money from the cash register. Sims was given approximately $150.00 USC and retrieved "New Port" Cigarettes. Investigation revealed that Sims used a gray colored vehicle in the Commission of the robbery. This incident was captured on video surveillance which was subsequently provided to fellow detectives. These officials has fabricated this report Det Keller misled the court into issuing a search warrant to a vehicle that didn't exist in any robbery, nor that was captured by video or said to be the vehicle to any robbery. See under RD# HX530711 and inventory nos. To Video 13334260 that no vehicle or plaintiff is the said perpetrator to these alledge alleged Crimes... See also RD# HX545213 and recordings Audio/Visual: CD under (inv no:) 13335248 that will clearly exonerate plaintiff as well as show the perjury Committed in the arrest report of C.P.D as well as U.S. Marshal, Fugitive Apprehension Unit of Great Lakes Regional Fugitive Task Force. No Investigative Alert existed to Justify these officials unlawful entry. There was no Exigent Circumstances, Plaintiff was in a none moving Place of resident as an overnight guess at the Amber INN, There also is no Confidential Informants reported to have

**8**

9

linked plaintiff (whereabouts) to the "Amber INN" Nor any Circumstential Witnesses reported to have said plaintiff was committing or has committed a Crime and that plaintiff was held up in a motel.

Per investigation by Det Ignawski #20052 who may as well also be of U.S Marshal capacity. Reported from Erica Graham Allegedly that Plaintiff solicted a sex act from her and rented a motel room where she and Plaintiff remainded overnight See (Exhibit B) This is the only recorded Statement of plaintiff being linked to the Amber INN Motel. Detective Keller also Stated that P.O Heskin recovered the Video Surveillance and Complied a Crime bulletin See "EXHIBIT C" Which will further support Plaintiff showing of these officals acts of perjury as well as plaintiff also can establish harrasment due to again failsity of reports by Detective Hoffmann #20077.

In Summary R/D's on February 05, 2014 conducted a search allegedly for a possible offender using data warehouse. These officals Det Reilly #21263 and Det Hoffmann #20077 Constructed numerous cases where plaintiff was alleged to have been Suspected of these alleged robberies. Plaintiff was never identified as the Perpetrator of the Crime Pattern that was alleged to have been committed under #P14-1-0018 nor was plaintiff in Possession of any of the clothing that was described of the perpetrator. The Perp, in those said robberies wore a SKI Mask. In fact Det Reilly #21263 the same officer attempted to tie the Plaintiff to a prior robbery to the Same location 180 N. Franklin St as he Det Reilly attempted under HX107235 back in January 05, 2014.

Where plaintiff was not identified as the Suspect and also where the robbery that was alleged to have been committed by Plaintiff on January 17 2014 In the village of Forest View as reported by Det Hoffmann #20077 Plaintiff was exonerated, Video from that incident fully exonerated plaintiff.

Plaintiff is also requesting that this Court investigate this case in Criminal Court and place an order of protection against Det Reilly #21263 and all officas

10

Pertaining to this instant case.

Conclusion:

As Stated by assistant States Attorney Natalie House (IC016SAAVQ) C.P.D involved in this Case are also able to hold the Capacity of U.S. Marshal's These officals responsible for plaintiff illegal arrest are Tracy, JL #30052 #16173, Munizzi AF #15447, Vargas, T #10331, Murphy, BC 10545, Ianuoski JS #30052, Calle, DL #30177, Sherlock, JP #30212 Ross, CM #20518, Feltman DF #20518 #20613, Keller JT #21002 Garcia, JS #3430, Garman TR #3156, Foley JT #3966.

These are Presumably the U.S Marshal's: "Thompson J," "Sledge E," Cundiff M Gonzalez N, "Grimaldo D" Zitsch P."

There was no Justification to plaintiff arrest, there was no (Hot Pursuit) nor was plaintiff in flight and plaintiff was completely Surrounded by agents before plaintiff even knew of their presence. There was No Felony arrest warrant, these officals U.S Marshal's along with C.P.D failed to knock and announce their authority before bursting in Plaintiff motel room brandishing assault rifles where these officals then cuffed plaintiff after letting him put pants on from being in the State of undress and then these officals ushered plaintiff out of the motel room with no shoes into freezing weather into a park S.U.V. As Plaintiff watch these officals search a park brown vehicle inside the Amber INN parking Lot. These officals violated plaintiff rights guaranteed by the Fourth, Fifth, Sixth and Fourteenth Amendments to the U.S Constitution Article I, Sections 2, 6, 8, and 12 of the Constitution of the United State of Illinois and Illinois Supreme Court Rules. In furtherance United States Marshal's Edward Gilmore and United States Marshal deputy director David Harlow are responsible because they fail to Supervised they super Subordinates in their Offical duties. Wherefore

Wherefore Plaintiff demands Judgement against defendants with intrest for actual and Consequential damages, Punitive and exemplary damages; and any other relief deemed by the trier of fact to be Just fair and appropriate.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Wherefore Plaintiff demands Judgement against defendents with intrest for actual and Consequential damages, Punitive and Exemplary damages; and any other relief deemed by the trier of fact to be Just fair and appropriate

**VI.    The plaintiff demands that the case be tried by a jury.**  ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this December day of 12 , 20 16

_____
(Signature of plaintiff or plaintiffs)

Ardamis Darrell Sims
(Print name)

#20141221052
(I.D. Number)

P.O. Box 089002
Chicago Ill 6088
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Pg -27-



EXHIBIT "B" "C"

narrative of RD #HX-545213.

This report is only a summary and not a verbatim statement unless otherwise noted and should b read in conjunction with above listed record division report numbers.

R/d was assigned these investigations by Sgt. Teneyuque of this command.

On 17 Dec 2014, R/d was assigned an Armed Robbery investigation of 7-11 store located at 655 W. Archer with the Robbery occurring at approximately 0515 hours in the morning. R/D relocate to the store and interviewed SUKHAVASI who related that he was working as the clerk in the stor by himself when a male black, N.K.A. Ardamis SIMS along with an unknown female black entere the store thru the front doors. SUKHAVASI related the female stayed near the door while SIMS approached the counter and asked for Newport 100's cigarettes and SUKHAVASI got a pack c cigarettes and placed same on the counter. SUKHAVASI further related that SIMS then asked fo another pack of cigarettes and at this time SIMS picked up his shirt and displayed a gun which SUKHAVASI thought was in a holster, and that the color of the gun was black. SUKHAVAS related that SIMS then demanded the cash from the register and to put SUKHAVASI to place hi hands down and that SUKHAVASI then gave the cash to SIMS. SUKHAVASI related that SIMS then walked to the end of the front counter and ordered SUKHAVASI into the rear room and at tha time SUKHAVASI refused to go in the room. SUKHAVASI related that after refusing, SIMS walked behind the counter and then SUKHAVASI then entered the rear room after SIMS stated "I'll shoo you". Once inside the rear room, SUKHAVASI then had to lay on the floor and at that point SIMS exited the room and closing the door to the rear room.

The video for this was recovered by P.O. Heskin on 17 Dec 2014 with this being inventoried by P.O. Heskin. P.O. Heskin after recovering the video compiled a Crime Information Bulletin placing two different images of SIMS along with two different images of the unknown female. The images that were placed on the Crime Information Bulletin were recovered from the video surveillance of the Robbery recorded under RD#HX545213. P.O. Heskin distributed this Crime Information Bulletin on to CPIC who then placed the bulletin on the administrative message for Law enforcement.

On 17 Dec 2014, Det. Blum notified R/D after he had viewed the Crime Bulletin depicting the images that had been recovered during the video surveillance of the incident recorded at 7-11 recorded under RD#HY545213. Det. Blum informed R/D that the subject in the bulletin matched that of a subject that Det. Blum had previously identified in a similar incident recorded in the 001st district. Det. Blum informed R/d that there was an investigative alert issued for Ardamis SIMS IR#1184362 with the images matching the demographics as depicted in the Bulletin issued by P.O. Heskin.

R/d conducted a search for SIMS which revealed that SIMS has similar demographics matching that of the offender in multiple store robberies. A further search revealed that Det. Riley issued an Investigative alert #299985491 which revealed that SIMS had been identified as the offender who was identified as a Robbery offender recorded under RD#HX530711.

R/D compiled a photo array and conducted multiple photo arrays on 17 and 18 Dec 2014 regarding City wide Pattern P14-1-294. (SEE LINE-UP SUPPLEMENTARY REPORTS)

EXHIBIT (A) B

EXHIBIT (A) B

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| DAY 05 MONTH DEC YEAR 14 | DAY 19 MONTH DEC YEAR 14 WAT. 12 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT |
|---|---|
| Armed Robbery | 7-1 |

BEAT/UNIT ASSIGNED
5101

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

19 Dec 14

1310hrs   Keller/Igonski

Graham, Erica Loren          F/2/30
                             27 Nov 84

- Related that she sells CD's at 47th + Ashland
- Graham was at 47th + Ashland yesterday (18 Dec)
  when the D male black suburban picked her up in
  a grey/ish Car. This was around 2:30 - 3:05 pm.
- He Solicited for sex act from her.
- He drove her to a Restaurant to order food
- He drove her to a Hotel on Pershing - (Amber Inn)
  between Michigan + Indiana.
- Parked the grey vehicle in 2. He rented a
  Motel Room
- They went to the motel room as D carried
  a blk colored Computer bag.
- They stayed in Motel room all night.
- D left room at approx. 0600hrs + returned
  for approx. 0645 hrs

| REPORTING OFFICER'S SIGNATURE--STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE--STAR NO. | DAY-MO.-YR. | TIME |
|---|---|---|---|
| 2/002 | Sgt Chapman 1233 | 19 Dec 14 | 1310 |

PD/23.122 (Rev. 2/83)

R.D. NO. HX506172

2x? EXHIBIT      EXHIBIT

(A)            (A)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | DAY MONTH YEAR | DAY MONTH YEAR WAT |
| | 05 DEC 14 | 19 DEC 14 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Armed Robbery | 7-1 | 5101 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

- They stayed in hotel room until Police came.

- Graham related that he had brought all the items he had into the room from that blk computer bag.

- When Police arrived, Graham pointed out the greyish-greenish car that the Δ picked her up in and drove her to the hotel. The car was parked in the lot of the hotel.

- Graham observed a blk cell + a grey coat inside the vehicle.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |
|---|---|---|
| [signature] 21002 | [signature] | 19 DEC 19 |

CPD/23.122 (Rev. 2/83)

R.D. NO. HX530711

EXHIBIT (A)          EXHIBIT (B)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | DAY MONTH YEAR | DAY MONTH YEAR WAT |
| | 05 DEC 14 | 19 DEC 14 3 |

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

ARMED ROBBERY          7-11          5101

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvass notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

ARDAMIS SIMS          OFF. MIRANDIZED 1933 #2S
                      CB # 19031330

- "DO NOT WANT TO TALK"
- PROVIDED BOTTLE OF WATER + BAG OF FRITOS

* DET. HOFFMANN # 20078 PRESENT

REPORTING OFFICER'S SIGNATURE—STAR NO.          RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME

Det. Roll # 21263          Sgt. ___          1933          19 DEC 14 2100

PD-23.122 (Rev. 2/83)

R.D. NO. 110567 Ri

EXHIBIT A

| ...GRESS REPORT ...VISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT DAY MONTH YEAR | DATE OF THIS REPOR... DAY MONTH YEAR WA |
|---|---|---|---|
| | | 05 | DEC | 14 | 19 | DEC | 14 |
| ...CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNE... |
| ...rmed Robbery | 7-11 | | 5?(... |

...s form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, in-
...uding: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and
...ny handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare
...official Department case reports.

Search Warrant for X's Vehicle

Approved: 1830 December 19, 2014.

ASA Todd Kleist

14SW8267

Signed by
Judge Champis #1949
December 19, 2014 at 7:57 pm

Executed at 19 Dec 2014
2035 hrs at
10300 S. Doty

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| 21002 | Coleman— 1233 | 19 DEC 14 | 2100 |

12/19/2014 19:57 FAX
DEC-19-2014 19:33   From:312

-21-

☑0002/0005
Page:2/5

# EXHIBIT A

Page 1
(3-81) CCMC-1-

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state and their designees

### SEARCH WARRANT

On this day, Detective Joel KELLER #21002, Chicago Police Department Area Central Detective Division, Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### and the premises:

A grey colored 2000 Plymouth Breeze 4-door sedan vehicle bearing Illinois license plate number S492214 Vehicle Identification Number 1P3EJ46X7YN134758 belonging to Christena L. CHAIRS of 9404 S. Yale Ave, Chicago, IL 60632.

### and seize the following instruments, articles and things:

Any and all evidence related to the Armed Robbery-Handgun investigation of the 7-11 store located at 180 N. Franklin St, Chicago, IL 60606, the 7-11 store located at 6559 W. Archer Ave, Chicago, IL on December 17, 2014, and the Little Caesar restaurant located at 2906 W. 63rd St, Chicago, IL on December 13, 2014. Including but not limited to any physical evidence and proceeds in the vehicle contained within the driver and passenger compartments, such as clothing, fingerprints, proceeds, and any firearm evidence.

ON DECEMBER 5, 2014 @ =PR

### which have been used in the commission of, or which constitute evidence of the offense of:

Armed Robbery-Firearm
720 ILCS 5/18-2-A-2

I further command that a return of anything so seized shall be made without necessary delay before me or before:
Judge _____ or before any court of competent jurisdiction.

JUDGE _____ 1949     Judge's No.

Date and time of issuance: _____ December 19, 2014 at 7:57 pm

12/19/2014 19:57 FAX
DEC-19-2014 19:33   From:312                                      ☑0003/0005

*EXHIBIT "A"*

Page:3/5

| 42 | |
|---|---|
| **COURT BRANCH** | **COURT DATE** |

page 1 o

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**STATE OF ILLINOIS**                                      (3-81) CCMC-1-2
**COUNTY OF COOK**                            THE CIRCUIT COURT OF COOK COUNT

# COMPLAINT FOR SEARCH WARRANT

Detective Joel KELLER #21002 ,Chicago Police Department Area Central Detective Division, Complainant now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

## and the premises:

A grey colored 2000 Plymouth Breeze 4-door sedan vehicle bearing Illinois license plate number S492214 Vehicle Identification Number 1P3EJ46X7YN134758 belonging to Christena L. CHAIRS of 9404 S. Yale Ave, Chicago, IL 60632.

## and seize the following instruments, articles and things:

Any and all evidence related to the Armed Robbery-Handgun investigations of the 7-11 store located at 180 N. Franklin St, Chicago, IL 60606 on December 05, 2014, the 7-11 store located at 6559 W. Archer Ave, Chicago, IL on December 17, 2014, and the Little Caesar restaurant located at 2906 W. 63rd St, Chicago, IL on December 13, 2014. Including but not limited to any physical evidence and proceeds in the vehicle contained within the driver and passenger compartments, such as clothing, fingerprints, proceeds, and any firearm evidence.

## which have been used in the commission of, or which constitute evidence of the offense of:

Armed Robbery-Firearm
720ILCS 5/18-2-A-2

Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

I, Detective Joel KELLER #21002, your affiant, am a Chicago Police Detective assigned to the Area Central Detective Division. Your affiant has been a member of the Chicago Police Department for more than fifteen (15) years. During those fifteen (15) years your affiant has conducted numerous investigations which have led to the arrests and convictions of those persons being investigated.

I have obtained the information contained in this affidavit from conversations with circumstantial witnesses and other law enforcement officers involved in this investigation, from my personal knowledge, from my participation in this case, as well as from documents I have reviewed, and my prior training and experience. The following information contained in this affidavit is stated for the limited purpose of establishing probable cause and does not contain all facts and information regarding this investigation.

Subscribed and sworn to before me on _December 19, 2014 at 7:57 pm_

**COMPLAINANT**

**JUDGE**                                    Judge's No.

DEC-19-2014 19:33  From:312  ☎0004/0005

*EXHIBIT* **A**  Page:4/5

Todd Keswert @ SXP2PL1233

ASA

SX#30M6

12/19/14

At 2963 WSM (ASA

Approval

| 42 | | |
|---|---|---|
| **COURT BRANCH** | **COURT DATE** | page 2 o |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

STATE OF ILLINOIS                                                      (3-81) CCMC-1-2
COUNTY OF COOK                                          THE CIRCUIT COURT OF COOK COUNT

## COMPLAINT FOR SEARCH WARRANT

On December 05, 2014, 0444hrs, Ardamis L. SIMS IR#1184362 entered the 7-11 convenience store located a 180 N. Franklin St, Chicago, IL and displayed a handgun inside of his waistband and demanded money from the cash register. Ardamis L. SIMS was given approximately $20.00USC and "Newport" cigarettes. SIMS fled Northbound from location. SIMS was wearing a grey and black colored jacket. This incident was captured on video surveillance which was subsequently provided to fellow Detectives.

Your affiant and fellow Detectives learned that on December 15, 2014, Detective REILLY #21263 conducted a photo array with an eyewitness. The eyewitness positively identified Ardamis L. SIMS as the offender who entered the 7-11 convenience store located at 180 N. Franklin St, Chicago, IL on December 05, 2014, 0444hrs and displayed a handgun inside of his waistband and demanded money from the cash register and was given approximately $20.00USC and "Newport" cigarettes. The details of this investigation were recorded under Chicago Police RD#HX-530711.

On December 13, 2014, 1613hrs, Ardamis L. SIMS entered the Little Ceasar restaurant located at 2906 W. 63rd St. and announced a robbery while armed with a shotgun. Ardamis L. SIMS demanded money from inside a safe. SIMS was given approximately $650.00USC and rolled coins. This incident was captured on video surveillance which was subsequently provided to fellow Detectives.

Your affiant and fellow Detectives learned that on December 18, 2014, Detective FREEMAN #20814 conducted (3) three photo arrays with eyewitnesses. The three (3) eyewitnesses positively identified Ardamis L. SIMS as the person who entered the Little Ceasar restaurant and announced a robbery while armed with a shotgun. Ardamis L. SIMS demanded money from inside a safe. SIMS was given approximately $650.00USC and rolled coins. The details of this investigation were recorded under Chicago Police RD#HX-540950.

On December 17, 2014, 0515hrs, Ardamis L. SIMS entered the 7-11 convenience store located at 6559 W. Archer Ave, Chicago, IL displayed a handgun and demanded money from the cash register. SIMS was given approximately $150.00USC and retrieved "Newport" cigarettes. Investigation revealed that SIMS used a grey colored vehicle in the commission of the robbery. This incident was captured on video surveillance which was subsequently provided to fellow Detectives.

Your affiant and fellow Detectives learned that on December 18, 2014, Detective FREEMAN #20814

Subscribed and sworn to before me on _____ December 19 2014 at 7:57pm

Det. J Feller #21002
**COMPLAINANT**

**JUDGE** 1919 **Judge's No.**

12/19/2014 19:58 FAX
DEC-19-2014 19:34   From:312
EXHIBIT
☑ 0005/0005
Page:5/5

| 42 | Pg -2A- |  | page 3 o |
|---|---|---|---|
| **COURT BRANCH** | **COURT DATE** | | |

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**STATE OF ILLINOIS**　　　　　　　　　　　　　　　　　　　(3-81) CCMC-1-2
**COUNTY OF COOK**　　　　　　　　　　　　THE CIRCUIT COURT OF COOK COUNT

## COMPLAINT FOR SEARCH WARRANT

conducted a photo array with an eyewitness. The eyewitness positively identified Ardamis L. SIMS as the offender who entered the 7-11 convenience store located at 6559 W. Archer Ave, Chicago, IL on December 17, 2014, 0515hrs, and displayed a handgun, demanded money from the cash register, and was given approximately $150.00USC and retrieved "Newport" cigarettes. The details of this investigation were recorded under Chicago Police RD#HX-545213.

Your affiant and fellow Detectives learned that on December 19, 2014, Ardamis L. SIMS was located and placed into custody by members of the Chicago Police Department at the Amber Inn Motel Room #215 located at 3901 S. Michigan Ave, Chicago, IL. Your affiant and fellow Detectives learned that proceeds such as stacks of United States Currency, rolled coins, and packs of "Newport" cigarettes were observed inside the Amber Inn Motel Room #215.

A witness was also present with SIMS at the time of arrest. This witness identified to arresting officers the vehicle being used and driven by SIMS. The vehicle being a grey colored 2000 Plymouth Breeze 4-door sedan vehicle bearing Illinois license plate number S492214 Vehicle Identification Number 1P3EJ46X7YN134758 belonging to Christena L. CHAIRS of 9404 S. Yale Ave, Chicago, IL 60632. This vehicle was parked inside the parking lot of the Amber Inn Motel located at 3901 S. Michigan Ave. The vehicle was subsequently towed to 10300 S. Doty, Chicago, IL Police Pound 1 for further investigation.

Your affiant and fellow Detectives learned from witness interview that SIMS had picked up the witness while he/she was standing at 47th and Ashland on December 18, 2014 at approximately 2:30PM. SIMS was driving a grey colored vehicle. On December 18th, 2014, SIMS drove the witness to the Amber Inn Motel located at 3901 S. Michigan Ave, Chicago, IL. Inside the vehicle, a black colored coat and a grey colored coat were observed. SIMS rented a motel room and carried a black colored computer bag into Amber Inn Motel Room #215. All the items that SIMS brought into the Amber Inn Motel Room #215 were brought in by SIMS.

Based on the facts set forth in this affidavit, your affiant requests a warrant to search the grey colored 2000 Plymouth Breeze 4-door sedan vehicle bearing Illinois license plate number S492214 Vehicle Identification Number 1P3EJ46X7YN134758 belonging to Christena L. CHAIRS of 9404 S. Yale Ave, Chicago, IL 60632.

Det J Keller #21002
**COMPLAINANT**

Subscribed and sworn to before me on _____ December 19, 2014 at 7:57p

**JUDGE**　　　　　　　　　　　　　　　　　　Judge's No.
#1919



EXHIBIT

C

# CRIME INFORMATION BULLETIN

## Attention 008TH DISTRICT PERSONNEL

FOR LAW ENFORCEMENT ONLY

2014                                                    17 December

The pictured male black and female black are wanted for several armed robberies that have occurred in the 008h district. Related RD #'s: HX545213, HX543733, HX525751, HX517779. In all instances, the offenders were wearing the same clothing. Three of the four robberies were located on the west end of 008.



The female offender stands by the door and acts as a look out as the male offender lifts his jacket up to show the clerk a concealed firearm located in his waistband. Male offender then demands the usc from the register. On several occasions, the male has ordered the victims into a back room. On one occasion, the offenders take Newport brand cigarettes along with usc. Any information should be forwarded to A/C/RBT, and the commanding personnel in the 008th district. No vehicle descriptions available. Offenders park away from the scene and enter on foot. In all instances the male offender wore a grey and black hooded jacket, black skull cap underneath, black or dark blue pants, and black shoes. In all instances, the female is observed wearing a white jacket with a fur lined hood.

ARDAMIS SIMS # 20141221052

P.O. BOX 089002

Chicago Ill 60608

   

2016 DEC 19 PM 2:59

5V



12/19/2016-2

PRISONER CORRESPONDENCE

Office OF

CLERK OF The U.S. DISTRICT Court

United STATES COURTHOUSE

Chicago Ill 60604

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL